UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10280-MLW |
| ) | |
| SHAWN COX, ) | |
| Defendant. ) | |

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On September 30, 2014, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Shawn Cox (the "Defendant") with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count One).

2. The Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Indictment, of all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

    (a) Colt, .45 caliber pistol, bearing serial number 711063; and

    (b) Seven rounds of .45 caliber ammunition

(collectively, the "Gun and Ammunition").

ALLOWED

Wo K. DJ.

Oct. 5, 2016

3. The Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such property, pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c).

4. On April 19, 2016, the Defendant pled guilty to Count One of the Indictment.

5. On August 9, 2016, a sentencing hearing was held whereby this Court sentenced the Defendant to 32 months incarceration, to be followed by a term of 3 years supervised release, and ordered the Defendant to pay a special assessment of $100. *See* Docket No. 121. In addition, this Court ordered the Defendant to forfeit the Gun and Ammunition, pursuant to the terms of the Preliminary Order of Forfeiture. *See* Docket No. 122.

6. On August 9, 2016, this Court issued a Preliminary Order of Forfeiture against the Gun and Ammunition, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. *See* Docket Nos. 122-1, 124.

7. Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on August 19, 2016, and ending on September 17, 2016. *See* Docket Nos. 125, 126, and 129.

8. No claims of interest in the Gun and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of

2

Forfeiture against the Gun and Ammunition in the form submitted herewith.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Doreen M. Rachal
GLENN A MACKINLAY
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: September 28, 2016          Doreen.Rachal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Final Order of Forfeiture, as well as the proposed Final Order of Forfeiture, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Doreen M. Rachal
DOREEN M. RACHAL
Dated:  September 28, 2016          Assistant United States Attorney

3